BEFORE THE THIRD DIVISION, OCTOBER 30, 1941

**No. 46520.**—Protests 60564–K, etc., of Jordan Marsh Co. et al. (Boston, etc.).

Opinion by KEEFE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, OCTOBER 31, 1941

**No. 46521.**—Protest 18187–K of Wm. Shaland (New York).

Opinion by OLIVER, P. J.   In accordance with stipulation of counsel and on the authority of Abstract 41823 the claim at 50 percent under paragraph 1519 (e) was sustained.

**No. 46522.**—Protest 34051–K of H. Matsuo (New York).

Opinion by OLIVER, P. J.   It was stipulated that the articles consist of opera or field glasses similar to those the subject of *Woolworth* v. *United States* (2 Cust. Ct. 1, C. D. 74).   In accordance therewith they were held dutiable at 35 percent under paragraph 228 (b) and the French Trade Agreement (T. D. 48316) as claimed.

**No. 46523.**—Protest 63965–K of Ednal Co., Inc. (New York).

Opinion by OLIVER, P. J.   It was stipulated that the colored sheet glass in question is similar to that the subject of Abstract 45423.   In accordance therewith it was held dutiable at 1²⁹⁄₆₄ cents per pound under paragraph 219 by virtue of T. D. 45313, plus 5 percent ad valorem under paragraph 224 as claimed.

**No. 46524.**—Protest 867168–G of New York Merchandise Co. (New York).

Opinion by OLIVER, P. J.   In accordance with stipulation of counsel and on the authority of Abstract 37636 the wooden cabinets in question were held dutiable at 33⅓ percent under paragraph 412 as claimed.